DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARLEY BLEVINS, SR.**,
Appellant,

v.

**STATE OF FLORIDA**,
Appellee.

No. 4D18-38

[May 17, 2018]

Appeal of order denying 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502001CF005451AXXXMB.

Harley Blevins, Bonifay, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***